IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PREMIER AIR CHARTER, INC., and CYPRESS COVE AIR, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PARADIGM JET MANAGEMENT, INC., DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:26-cv-02355<br><br>Hon. Paul L. Maloney |

**CORPORATE DISCLOSURE STATEMENT**

**NOW COMES** Plaintiffs, Premier Air Charter, Inc. and Cypress Cover Air, LLC, by and through its counsel, BUTZEL LONG, P.C., and for its Rule 7.1 Corporate Disclosure, states as follows:

**INTRODUCTION AND PROCEDURAL HISTORY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs, Premier Air Charter, Inc. and Cypress Cover Air, LLC, provides the following Corporate Disclosure Statement. Premier Air Charter, Inc. is an Arizona company with its principal place of business at 2006 Palomar Airport Road, Carlsbad, California 92011. Cypress Cove Air, LLC, is Arizona limited liability company with its principal place of business at 22510 N18th Drive, Phoenix, Arizona 85027.

There is no parent corporation or company, or any publicly held corporation or company that owns 10% or more of Premier Air Charter, Inc. or Cypress Cove Air, LLC's membership interest or stock.

Respectfully submitted,

Dated: August 20, 2026

BUTZEL LONG, P.C.

By: /s/ Daniel V. Barnett
Daniel V. Barnett
300 Ottawa Ave. NW, Ste. 620
Grand Rapids, Michigan 49503
Telephone: 616.988.5600
barnett@butzel.com

SNELL & WILMER L.L.P.

By: /s/ Jeffrey M. Singletary
Jeffrey M. Singletary (pro hac forthcoming)
Kevin M. Brown
Susan G. Biscardi
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
jsingletary@swlaw.com
kmbrown@swlaw.com
sbiscardi@swlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

On August 20, 2026, I e-filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide service to all attorneys of record.

Dated: August 20, 2026

BUTZEL LONG, P.C.

By: */s/ Daniel V. Barnett*

Daniel V. Barnett
*Attorneys for Plaintiffs*
300 Ottawa Ave. NW, Ste. 620
Grand Rapids, Michigan 49503
Telephone: 616.988.5600
barnett@butzel.com